*Fiddes* for respondents in No. 463 and petitioners in No. 552. Reported below: 155 F. 2d 767.

No. 484.  BAKER ET AL. *v.* UNITED STATES;
No. 485.  SILVERMAN *v.* UNITED STATES; and
No. 486.  JOHNSON *v.* UNITED STATES.  October 28, 1946.  Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Henry G. Singer, G. Wray Gill* and *Hugh M. Wilkinson* for petitioners in No. 484.  *Warren O. Coleman* for petitioner in No. 485.  Petitioner *pro se* in No. 486.  *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.  Reported below: 156 F. 2d 386.

No. 489.  GORDON *v.* PORTER, PRICE ADMINISTRATOR.  October 28, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Louis H. Burke* for petitioner.  *Solicitor General Mc-Grath, John R. Benney, David London* and *Albert J. Rosenthal* for respondent.

No. 490.  AMERICAN LECITHIN Co., INC. *v.* McNUTT, FEDERAL SECURITY ADMINISTRATOR.  October 28, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Donald Marks* for petitioner.  *Solicitor General McGrath, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 491.  BOSTON & MAINE RAILROAD *v.* MEECH, ADMINISTRATRIX.  October 28, 1946.  Petition for writ of